JOSEPH W. DIEHL, JR.  (State Bar No. 83303)
SEAN N. NAGEL (State Bar No. 248763)
DIEHL & RODEWALD
1043 Pacific Street
San Luis Obispo, CA   93401
Telephone:  (805) 541-1000
Facsimile:  (805) 541-6870

Attorneys for Defendants
MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA PICKERN,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHARI'S MANAGEMENT CORPORATION dba SHARI'S CAFÉ & PIES #141; MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL, LP,<br><br>          Defendants. | CASE NO. 2:15 CV 00661 GEB AC<br><br>Assigned to Hon. Garland E. Burrell, Jr.<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that Defendants MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL LP, (the "Belle Mill Defendants") and SHARI'S MANAGEMENT CORPORATION dba SHARI'S CAFÉ & PIES #141 may have additional time within which to answer or otherwise respond to Plaintiff's Complaint.

11136068.1

Page - 1
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

Diehl & Rodewald
1043 Pacific Street
San Luis Obispo, CA  93401

Therefore, the last day for Defendants to answer or otherwise respond to plaintiff's Complaint is May 29, 2015.

Good cause exists for this extension as defense counsel has recently been assigned to this case, there are numerous defendants requiring the waiver of certain potential conflicts, and defendants' counsel requires additional time to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

DIEHL & RODEWALD

Dated:  April __, 2015.                          By:   /s/ Sean N. Nagel
                                                                Sean N. Nagel
                                                 Attorneys for Defendants MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL; BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL, LP

DISABLED ADVOCACY GROUP, APLC

Dated:  April 24, 2015.                          By:    /s/ Stephanie L. Ross
                                                                Stephanie L. Ross
                                                 Attorneys for Plaintiff BRENDA PICKERN

HANSON BRIDGETT

Dated: April 24, 2015.                           By:    /s/ David A. Abella
                                                                Kurt A. Franklin/ David A. Abella
                                                 Attorneys for Defendants SHARI'S MANAGEMENT CORPORATION Dba SHARI'S CAFÉ and PIES

11136068.1

Page - 2
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

Diehl & Rodewald
1043 Pacific Street
San Luis Obispo, CA  93401

## ORDER

Pursuant to the parties' stipulation, Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before May 29, 2015.

Dated: April 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

11136068.1

Page - 3
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

Diehl & Rodewald
1043 Pacific Street
San Luis Obispo, CA 93401