JOSEPH W. DIEHL, JR.  (State Bar No. 83303)
SEAN N. NAGEL (State Bar No. 248763)
DIEHL & RODEWALD
1043 Pacific Street
San Luis Obispo, CA   93401
Telephone:  (805) 541-1000
Facsimile:  (805) 541-6870

Attorneys for Defendants
MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA PICKERN,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHARI'S MANAGEMENT CORPORATION dba SHARI'S CAFÉ & PIES #141; MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; IWF BELLE MILL, LP,<br><br>          Defendants. | CASE NO. 2:15 CV 00661 GEB AC<br><br>Assigned to Hon. Garland E. Burrell, Jr.<br><br>**PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

///
///
///
///
///
///

---

Page - 1
PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Diehl & Rodewald
1043 Pacific Street
San Luis Obispo, CA  93401

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Defendant should answer or otherwise respond to Plaintiff's Complaint on or before June 19, 2015.

Dated: June 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Page - 2
PROPOSED ORDER TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT

Diehl & Rodewald
1043 Pacific Street
San Luis Obispo, CA  93401