UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARI'S MANAGEMENT CORPORATION dba SHARI'S CAFE & PIES #141; MARSHALL BELLE MILL, LLC; MJP BELLE MILL, LLC; 803 CAMBRIA WAY, LLC; MURRELL BELLE MILL, LLC; WILSON BELLE MILL, LLC; and IWF BELLE MILL, LP,<br><br>　　　　Defendants. | No.  2:15-cv-00661-GEB-CMK<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on June 25, 2015, in which she states, "the aforementioned matter . . . has been resolved[, and t]he parties anticipate filing a Stipulation for Dismissal within eight weeks." (Pl.'s Notice of Settlement, ECF No. 21.)

　　　　Therefore, a dispositional document shall be filed no later than August 21, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the Status Conference scheduled for hearing on July 20, 2015, is continued to commence at 9:00 a.m. on October 19, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1]  The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2